# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) Borman, Paul D. | 2. Court or Organization U.S. District Court, EDMI | 3. Date of Report 05/06/2015 |
|---|---|---|

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Active U.S. District Judge | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 6. Reporting Period 01/01/2014 to 12/31/2014 |
|---|---|---|

**7. Chambers or Office Address**

Theodore Levin U.S. Courthouse
231 W. Lafayette, Rm. 740
Detroit, MI 48226

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. President | ▨▨▨▨▨ Foundation |
| 2. Co-Trustee | ▨▨▨▨▨ Trust (Assets on Pp. 6-7) |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Borman, Paul D. | 05/06/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 12/31/14 | LEG, Inc. dba West Academic - Royalty | $917.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Ralph C. Wilson, Buffalo Bills Football Team | 1/30 - 2/1 | New York, NY | Super Bowl Festivities | Hotel room, 2 nights, Events |
| 2. | Buffalo Bills | 8/3 | Canton, Ohio | NFL Hall of Fame Game | 1 ticket |
| 3. | Buffalo Bills | 9/7 | Chicago, IL | NFL Game | 1 ticket |
| 4. | Buffalo Bills | 9/12 - 9/14 | Buffalo, NY | NFL Program and Game | 1 ticket to each |
| 5. | Buffalo Bills | 10/5 | New York, NY | NFL Game | 1 ticket |
| 6. | Buffalo Bills | 11/9 | Buffalo, NY | NFL Game | 1 ticket |
| 7. | Buffalo Bills | 11/24 | Detroit, MI | NFL Game | 1 ticket |

| Name of Person Reporting | Date of Report |
|---|---|
| Borman, Paul D. | 05/06/2015 |

| | | | | |
|---|---|---|---|---|
| 8. Buffalo Bills | 12/14 | Buffalo, NY | NFL Game | 1 ticket |

| Name of Person Reporting | Date of Report |
|---|---|
| Borman, Paul D. | 05/06/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Borman, Paul D. | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐     NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   PSaving/Checking Account Morgan/Chase | E | Interest | P2 | T | | | | | |
| 2.   State of Israel Bonds | A | Interest | | | Donated | | | | |
| 3.   State of Israel Bonds | A | Interest | | | Donated | | | | |
| 4.   Bristol-Myers Squibb Co. | C | Dividend | M | T | | | | | |
| 5.   Campbell Soup Co. | B | Dividend | L | T | | | | | |
| 6.   Estee Lauder | C | Dividend | N | T | | | | | |
| 7.   Kellogg Company | D | Dividend | N | T | | | | | |
| 8.   Kelly Services | B | Dividend | M | T | Buy (add'l) | 06/05/14 | L | | |
| 9.   Merck & Company, Inc. | C | Dividend | M | T | | | | | |
| 10.   JP Morgan/Chase | E | Dividend | P1 | T | | | | | |
| 11.   Proctor & Gamble Co. (P&G) | E | Dividend | P1 | T | | | | | |
| 12.   Pfizer | D | Dividend | N | T | | | | | |
| 13.   4% Int. Village Green Apt. Ltd. Partner, Southgate, MI | C | Rent | K | W | | | | | |
| 14.   11% Int. Kendallwood Apt. Ltd. Partner Farmington Hills, MI | G | Rent | O | W | | | | | |
| 15.   Northwestern Mutual Life (Retirement Acct. | A | Interest | J | T | Redeemed (part) | 12/30/14 | J | | |
| 16.   Teachers Ins. & Annuity Ass'n College Retirement Acct. | E | Interest | N | T | Redeemed (part) | 12/30/14 | J | | |
| 17.   IRA Cash Equivalent Chase/Morgan Bank | A | Interest | J | T | Redeemed (part) | 12/30/14 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Borman, Paul D. | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. IRA Stock Proctor & Gamble | C | Dividend | M | T | | | | | |
| 19. IRA Stock Sally Beauty | | None | L | T | Sold (part) | 12/5/14 | J | C | |
| 20. (AXA) Equitable Life Ins. Co. Retirement Account | B | Interest | K | T | Redeemed (part) | 12/30/14 | J | | |
| 21. PNC Bank - Money Market | A | Interest | N | T | | | | | |
| 22. PNC Bank CD | B | Interest | | | Matured | 05/05/14 | N | B | |
| 23. PNC Bank CD | B | Interest | O | T | Buy | 05/06/14 | | | |
| 24. | | | | | | | | | |
| 25. | | | | | | | | | |
| 26. | | | | | | | | | |
| 27. | | | | | | | | | |
| 28. | | | | | | | | | |
| 29. | | | | | | | | | |
| 30. | | | | | | | | | |
| 31. | | | | | | | | | |
| 32. | | | | | | | | | |
| 33. | | | | | | | | | |
| 34. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Borman, Paul D. | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. TRUST | | | | | | | | | |
| 36. Savings/Checking Account - Chase | D | Interest | P1 | T | | | | | |
| 37. Abbott Lab | A | Dividend | K | T | | | | | |
| 38. Abbvie | B | Dividend | K | T | | | | | |
| 39. ALCOA | A | Dividend | K | T | | | | | |
| 40. Adobe | | None | K | T | | | | | |
| 41. Allergan | A | Dividend | N | T | | | | | |
| 42. Campbell Soup Company | C | Dividend | L | T | | | | | |
| 43. Caterpillar | B | Dividend | K | T | | | | | |
| 44. Cisco | B | Dividend | K | T | | | | | |
| 45. Coca Cola | B | Dividend | L | T | | | | | |
| 46. Danaher | A | Dividend | K | T | | | | | |
| 47. Dentsply | A | Dividend | L | T | | | | | |
| 48. Diageo | A | Dividend | K | T | Buy | 11/04/14 | K | | |
| 49. EBAY | | None | L | T | Buy (add'l) | 11/04/14 | K | | |
| 50. Facebook | | None | L | T | | | | | |
| 51. General Electric | C | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Borman, Paul D. | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Harman | A | Dividend | L | T | | | | | |
| 53. INTEL | B | Dividend | L | T | | | | | |
| 54. Johnson & Johnson | B | Dividend | L | T | | | | | |
| 55. Kellogg Company | C | Dividend | M | T | | | | | |
| 56. McCormick | B | Dividend | L | T | | | | | |
| 57. Merck | C | Dividend | L | T | | | | | |
| 58. NESTLE | B | Dividend | L | T | | | | | |
| 59. Novartis | B | Dividend | L | T | | | | | |
| 60. Proctor & Gamble | B | Dividend | K | T | | | | | |
| 61. Qiagen NV | | None | K | T | | | | | |
| 62. Schlumberger | B | Dividend | L | T | | | | | |
| 63. Stryker Corporation | A | Dividend | L | T | | | | | |
| 64. Thompson/Reuters | B | Dividend | L | T | | | | | |
| 65. Verisk | | None | L | T | Buy (add'l) | 11/04/14 | K | | |
| 66. 3M | B | Dividend | L | T | | | | | |
| 67. Yahoo | | None | K | T | | | | | |
| 68. Zoetis | A | Dividend | K | T | Buy | 11/04/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Borman, Paul D. | 05/06/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

I [              ] am one of a class of potential beneficiaries of the Trust. I have never received any distributions from this Trust. The Trust Assets are listed in category VII, pages 6-7.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Paul D. Borman**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544